UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATINO CLARK,

                Plaintiff,

v.

JPMORGAN CHASE BANK,
N.A., et al.,

                Defendants.

Case No. 25-11195
Honorable Shalina D. Kumar
Magistrate Judge Anthony P. Patti

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 60) AND GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS (ECF NO. 30)

Plaintiff Latino Clark ("Clark"), proceeding pro se, initiated this consumer protection case against defendants JPMorgan Chase Bank ("JPMCB"), Serpentini Chevrolet Inc., and Michigan Recovery Services, Inc., regarding the purchase and subsequent repossession of a Chevrolet Corvette. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF No. 6.

JPMCB moved to dismiss Clark's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 30. The motion is fully briefed, and the magistrate judge issued a Report and Recommendation ("R&R"). ECF No.

Page **1** of 3

60. The Report and Recommendation ("R&R") recommends the Court grant JPMCB's motion because Clark has failed to state a claim upon which relief may be granted. *Id*.

Neither party filed objections to the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the

record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 60) and **GRANTS** JPMCB's motion to dismiss (ECF No. 30). Clark's federal claims against defendant JPMCB are **DISMISSED**. The Court declines to exercise supplemental jurisdiction over Clark's state law claims against JPMCB and those claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

<u>s/Shalina D. Kumar</u>
SHALINA D. KUMAR
Dated: March 17, 2026                    United States District Judge