UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LATINO CLARK,<br>Plaintiff,<br><br>v.<br><br>SERPENTINI CHEVROLET, INC. et al.,<br>Defendants. | Case No. 25-11195<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 62), GRANTING DEFENDANTS' MOTIONS (ECF NOS. 53, 54), AND DISMISSING PLAINTIFF'S COMPLAINT**

Plaintiff Latino Clark ("Clark"), proceeding pro se, initiated this consumer credit action against defendants Serpentini Chevrolet, Inc. ("Serpentini"), Michigan Recovery Services, Inc. ("MRS"), and JPMorgan Chase Bank ("JPMCB") arising out of the purchase and subsequent repossession of a Chevrolet Corvette. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF No. 5.

The undersigned adopted the assigned magistrate judge's Report and Recommendation ("R&R") and granted JPMCB's motion to dismiss.

ECF No. 61. Serpentini filed a motion for summary judgment (ECF No. 53), and MRS moved for judgment on the pleadings (ECF No. 54). The magistrate judge issued an R&R recommending the Court grant defendants' motions, decline to exercise supplemental jurisdiction over Clark's state law claims, and dismiss Clark's complaint. ECF No. 62

The parties did not file objections to the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely

objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.”). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 62), **GRANTS** Serpentini’s motion for summary judgment (ECF No. 53) and MRS’s motion for judgment on the pleadings (ECF No. 54) and **DISMISSES** Clark’s complaint. This matter is now closed. A separate judgment will issue.

**IT IS SO ORDERED.**

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: July 31, 2026